UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  24-81405 |
| Shanna and Lindsay Carpenter, | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO SELL

This case coming before the Court on the Debtors' Motion to Sell Pursuant to 11 USC 633(b) it is hereby ordered that the Motion to Sell is granted as follows:

A. The Debtors are granted permission to sell their 2020 Chrysler Pacifica pursuant to the terms of the offer attached to the motion or similar terms; and

B. The Debtors shall turnover the non-exempt net proceeds of the sale to the Chapter 13 Trustee.

Enter:

*/s/ Thomas M. Lynch*

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  June 26, 2025

**Prepared by:**

Cutler & Associates
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600